## UNITED STATES DISTRICT COURT
### District of Minnesota

### JUDGMENT IN A CIVIL CASE

Sandra Whightsel, Steven Whightsel,

                      Plaintiff(s),        MDL 15-2666 (JNE/DTS)

v.                                          Case Number: 17-cv-305 JNE/DTS

3M Company, Arizant Healthcare, Inc.,

                      Defendants.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court GRANTS Defendants' Motion to Reconsider the Court's December 13, 2017 Order on Motion to Exclude Expert Testimony and Motion for Summary Judgment [ECF No. 1718].

2. Defendants' *Daubert* Motions to Exclude the Expert Testimony of Drs. Jarvis, Samet, Stonnington, and Elghobashi are GRANTED.

3. Defendants' Motion for Summary Judgment is GRANTED.

4. The Clerk of Court is directed to enter judgment in and close all remaining member cases in this MDL.

5. The Clerk of Court is directed to terminate pending motions ECF Nos. 1731, 1836, 1880, 1926, 1933, and 2028.

Date: 8/16/2019                                              KATE M. FOGARTY, CLERK

                                                                     s/LP Holden
                                                         (By)   LP Holden, Deputy Clerk